ORIGINAL ~~MEMORANDUM TO DOCKET CLERK~~ ORDER

Before: Hon. Lisa Margaret Smith, USMJ

United States District Court
Southern District of New York
-----------------------------X
MICHETTI                                    Docket# 05CV3148        CM

      Plaintiff(s)                                              GP

    against

FAMILY HEALTH                                                       ORDER

      Defendant(s)
-----------------------------X

U.S. DISTRICT COURT FILED JAN 24 2006 S.D. OF N.Y. W.P.

__ Pretrial Conference (In Person/Telephone)
__ Settlement Conference
✓ Other  post trial conference

__ Began   __ Held   __ Continued   __ Completed   __ Scheduled

Date ~~1/21~~/2006   Time ~~0945~~ 1:30 pm   Duration (Min) 10
     1/22

For Plaintiff:
Stephen Bergstein  Helen Ullrich
Thornton, Bergstein & Ullrich, LLP
15 Railroad Avenue
Chester, NY 12561
(845) 469-1277
Fax: (845) 469-5904

For Defendant:
~~Richard~~ Jeffrey Sculley
Rider Weiner Frankel & Calhelha, P.C.
655 Little Britain Road
New Windsor, NY 12553
(845) 562-9100
Fax: (845) 562-9126

Remarks: The parties stipulate and agree that attorney's fees and costs in the total amount of $45,000 may be added to the award represented by the jury verdict and a Rule 54(b) judgment may be entered for that amount.

MICROFILM JAN 24 2006 USDC SDNY WP

ADJOURNED DATE
TAPELOG
Tape
From    To        ORIGINAL

Submitted by/So Ordered _____
Courtroom Deputy/USMJ