UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

CHRISTINE MICHETTI,

        Plaintiff,

V.

FAMILY HEALTH CENTER OF NEWBURGH,
INC., n/k/a THE GREATER HUDSON VALLEY
FAMILY HEALTH CENTER,

        Defendant.
---------------------------------------------------------X

SATISFACTION OF JUDGMENT

06-0036 WP

05 Civ 3148 (ECF)
(CM) (LMS)

[Stamp: U.S. DISTRICT COURT FILED MAR 0 7 2006 S.D. OF N.Y.]

    WHEREAS, a judgment was entered in the above entitled action on February 2, 2006, in the United States District Court, Southern District of New York in favor of plaintiff Christine Michetti and against Family Health Center of Newburgh, Inc., n/k/a/ The Greater Hudson Valley Family Health Center in the sum of $78,272.50 which was docketed on February 3, 2006 in the office of the Clerk of the within named court, and said judgment has been fully paid and the sum of $0.00 remains unpaid; and

    WHEREAS, the undersigned plaintiff-judgment creditor certifies that there are no outstanding executions with any Sheriff or Marshal within the State of New York;

    THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the Clerk is hereby authorized and directed to make an entry of full satisfaction on the docket of said judgment.

Dated: February 27, 2006

By: _/s/ Christine Michetti_
      Christine Michetti

[Stamp:
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____]

RIDER, WEINER & FRANKEL, P.C.
P.O. BOX 2280 • NEWBURGH, N.Y. 12550 • (845) 562-9100

STATE OF NEW YORK   )
                    )SS.:
COUNTY OF ORANGE    )

On the _3_ day of _March_ in the year 2006 before me, the undersigned, personally appeared Christine Michetti, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her own capacity as an individual, and that by her signature on the instrument, the individual, or the person or entity upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

STEPHEN BERGSTEIN
Notary Public, State of New York
No. 02BE6029204
Qualified in Ulster County
Commission Expires August 9, 20_09_